IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | | |
|---|---|---|
| AMERICAN ENGINEERING TESTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 0:21-cv002532 |
| | ) | |
| Wisconsin Central, Ltd.; Illinois Central Railroad Company; Grand Trunk Western Railroad Company; Chicago, Central & Pacific Railroad Company; Bessemer Lake Erie Railroad Company; Sault St. Marie Bridge Company; Cedar River Railroad Company; Waterloo Railway Company; Wisconsin Chicago Link, Ltd.; Canadian National Railway Company; and Pittsburgh & Conneault Dock Company, | ) ) ) ) ) ) ) ) ) ) | Hon. Patrick J. Schiltz
Magistrate Judge Leo I. Brisbois |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff American Engineering Testing, Inc. ("AET") and Defendants Wisconsin Central Ltd. ("WCL"), Cedar River Railroad Company ("CRRC"), and Canadian National Railway Company ("CNRC"),[1] by and through their respective counsel and pursuant to the Court's December 16, 2021 Order staying this litigation (Doc. 21), hereby submit this Joint Status Report:

1. This action is still stayed. *See* Doc. 21. The parties stipulated to the stay of proceedings because they are currently involved in an arbitration proceeding that may resolve all or some of the disputes in this action. *See* Doc. 19.

2. The arbitration proceeding is still in the discovery phase and the arbitration hearing is still scheduled to occur in February, 2023.

3. The parties therefore respectfully request this matter remain stayed.

---

[1] AET, WCL, CRRC, and CNRC are the parties who have entered an appearance in this action.

Dated: May 27, 2022

        Respectfully submitted,

        FLETCHER & SIPPEL LLC


By: /s/James D. Helenhouse
    James D. Helenhouse-Pro Hac Vice
    Thomas C. Paschalis Pro Hac Vice
    Fletcher & Sippel LLC
    29 North Wacker Drive, Suite 800
    Chicago, IL  60606-3208
    312-252-1500 Telephone
    312-252-2400 Facsimile
    jhelenhouse@fletcher-sippel.com
    tpaschalis@fletcher-sippel.com

    Julius W. Gernes #0189704
    7601 France Avenue South, Suite 350
    Minneapolis, MN  55435
    952-562-2460 Telephone
    952-562-2461 Facsimile
    jgernes@donnalaw.com

    Attorneys for
    Wisconsin Central Ltd.
    Cedar River Railroad Company
    Canadian National Railway Company

Respectfully submitted,

COLEMAN & ERICKSON, LLC

By: /s/Lars C. Erickson
    Jeffrey W. Coleman (#157922)
    Lars C. Erickson (#267478)
    Benjamin J. Kirk (#0393192)
    10400 Viking Drive
    Suite 110
    Eden Prairie, MN 55344
    (612) 877-8200 Telephone
    jwc@jwcolaw.com
    lce@jwcolaw.com
    bjk@jwcolaw.com

    Attorneys for Plaintiff
    American Engineering Testing, Inc.