IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| American Engineering Testing, Inc., <br><br> Plaintiff, <br><br> -vs- <br><br> Wisconsin Central, Ltd.; Illinois Central Railroad Company; Grand Trunk Western Railroad Company; Chicago, Central & Pacific Railroad Company; Bessemer Lake Erie Railroad Company; Sault St. Marie Bridge Company; Cedar River Railroad Company; Waterloo Railway Company; Wisconsin Chicago Link, Ltd.; Canadian National Railway Company; and Pittsburgh & Conneault Dock Company, <br><br> Defendants. | Case No. 21-cv-2532 (PJS/LIB) <br><br> **ORDER** |

On December 1, 2022, the parties filed a Joint Status Report [Docket No. 25] advising that informal arbitration discovery is on-going and that the arbitration in this matter is now set for December 4-15, 2023. Accordingly, the parties are requesting that this matter remain stayed. Based upon a review of the filings in this case and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' request that this matter remain STAYED is GRANTED; and

2. The parties shall file an updated Joint Status Report on CM/ECF on June 1, 2023.

DATED: December 2, 2022

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE